

5-27-11

Dear Mr. Ley,

I received you letter of May 23, 2011 regarding case # 11-11764-C.

The judge's order says I have other remedies such as seeking appellate review of the dismissal of the §2255 before the Writ can be used. This I am doing now. Your office should have received my appeal on that case a few days ago.

I know you get mountains of mail and marvel that you can keep it all straight. I hate to bother you but I do have a question I believe you can answer. If the appeal is denied and I need to re-apply for a writ of mandamus in this case do I need to resubmit all paperwork and pay another filing fee or can the Writ be kept in reserve in the event it is needed?

Obviously I feel a great wrong has been done in this case but I am a Baptist preacher not a lawyer and need to know what procedure to follow. I have asked score of times for the district court to appoint assistance of counsel and also asked in the recent appeal to the 11th circuit but have not had counsel appointed to help me navigate the mine field of the legal system that is quite foreign to me.

Thank you for your time in answering my question.

Sincerely,

Kent Hovind

#06452-017

Federal Satellite Camp

2650 Hwy. 301 S

Jesup, GA 31599

www.drdino.com